UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/19
```

UNITED PARCEL SERVICE, INC.

                            Claimant,

-against-

DEAN & DELUCA, INC.

                            Respondent.

Case No. 1:19-cv-09409-JSR

**[PROPOSED]**
**DEFAULT JUDGMENT**

      This action having been commenced by Claimant on October 10, 2019 by the filing of the Petition to Confirm Award of Arbitrator, and a copy of the Petition having been personally served on the Respondent, Dean & Deluca, Inc., on October 15, 2019 by personal service on Dean & Deluca's registered agent for service of process, and a proof of service having been filed on October 28, 2019, and the defendant not having answered the Petition, and the time for answering the Petition having expired on November 5, 2019, it is

      ORDERED, ADJUDGED AND DECREED: That the Claimant have judgment against the Respondent in the liquidated amount of $419,368.67, with post-judgment interest accruing at 9% on any outstanding balance of the judgment from the date of the underlying arbitration award, September 20, 2019, until the balance of such judgment is paid in full.

Dated: New York, New York
       November _13_, 2019

                                                      _____
                                                      JED. S. RAKOFF
                                                      U.S.D.J.

sf-4110024